046560/12538/JAF/JBP                                                    Firm ID No. 44613

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| STEVEN POLICK, | |
| Plaintiff, | |
| v. | No. 2020 L 402 |
| A2B EXPRESS, LLC and DOUGLAS CULLEN, | |
| Defendants. | |

## NOTICE OF REMOVAL TO FEDERAL COURT

NOW COME the Defendants, A2B EXPRESS, LLC and DOUGLAS CULLEN, by and through their attorneys, CASSIDAY SCHADE LLP, and for their NOTICE OF REMOVAL TO FEDERAL COURT, states as follows:

1. Plaintiff filed his Complaint in the Circuit Court of Cook County, Illinois on January 10, 2020. In his initial complaint, Plaintiff sued defendants A2B EXPRESS, LLC and DOUGLAS CULLEN (hereinafter "The Defendants") alleging that, while driving on I80/94 eastbound near the Indiana State line in Cook County, Illinois, Defendant CULLEN entered the right lane of traffic and struck Plaintiff's vehicle. Plaintiff advances theories of respondiat superior against Defendant A2B EXPRESS, LLC and negligence against Defendant CULLEN. (*See Plaintiff's Complaint at Law, attached hereto as Exhibit A.*)

2. Plaintiff alleges that his damages total in excess of $50,000. (*See Exh. A*).

3. Plaintiff further alleges that he suffered life-threatening injuries as a direct and proximate cause of Defendant CULLEN's negligence. (*See Exh. A, ¶'s 11,11*).

4. Defendant A2B EXPRESS, LLC was served with process on February 12, 2020. As of this filing, Defendant CULLEN has not been served.

1

5. Defendant A2B EXPRESS, LLC is a Missouri corporation with its headquarters and principal place of business in Edgar Springs, Missouri. (*See Exh. B – Affidavit of Lee Briscoe).* Its sole member is also a citizen of Missouri. (*See Exh. C – Articles of Organization).* Consequently, A2B EXPRESS, LLC is a citizen of the State of Missouri.

6. Defendant CULLEN resides in the State of Missouri. He does not intend to move from the State of Missouri. Consequently, Defendant CULLEN is a citizen of the State of Missouri. *See Exh. A, ¶ 2).*

7. Upon information and belief, Plaintiff is a citizen of Illinois. *(See Exh. A, ¶ 1).*

8. Considering that Plaintiff is claiming damages in excess of $50,000, and claims that he suffered life-threatening injuries, Plaintiff's alleged damages likely exceed $75,000. *See e.g. Andrews v. E.I. du Pont de Nemours & Co.,* 477 F.3d 510, 515 (7th Cir. 2006).

9. Pursuant to 28 U.S. C. § 1332(a), a United States District Court shall have original jurisdiction over all civil actions where the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states. Upon information and belief, Plaintiff is a citizen of Illinois. Defendant A2B EXPRESS, LLC is a citizen of the State of Missouri. Its sole member is also a citizen of Missouri. Defendant CULLEN is a citizen of the State of Missouri. Consequently, the requirements for diversity jurisdiction are met.

10. WHEREFORE, Defendants A2B EXPRESS, LLC and DOUGLAS CULLEN respectfully request that this cause of action be removed to the United States District Court for the Northern District of Illinois, Eastern Division, and for such other relief the Court deems just and proper.

Respectfully submitted,

CASSIDAY SCHADE LLP

By:   /s/ Jayne E. Bart-Plange              
    One of the Attorneys for Defendants,
    A2B EXPRESS, LLC and DOUGLAS CULLEN

Jayne Bart-Plange, ARDC # 6320269
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
jbart-plange@cassiday.com

9424953 JPLANGE;JPLANGE