FILED
1/9/2020 12:51 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

STEVEN POLICK, )
　　　　　　　　　　)
　　　Plaintiff, )
　　　　　　　　　　)  No. 2020L000402
　　　V. )
　　　　　　　　　　)
A2b EXPRESS, LLC and )
DOUGLAS CULLEN, )
　　　　　　　　　　)
　　　Defendants. )

## COMPLAINT AT LAW

Now Comes the Plaintiff, STEVEN POLICK, by and through his Attorney, WARNER LAW OFFICE, and come complaining of the Defendants, A2b EXPRESS, LLC and DOUGLAS CULLEN, state as follows:

### ALLEGATIONS IN COMMON

1. On or about January 17, 2018 the Plaintiff resided at 124 W. Polk Street Apartment 806 Chicago, Illinois and was driving his car motorcycle in an easterly direction on I 80/94 at approximately the ¼ of a mile from the Indiana State line, County of Cook, State of Illinois.

2. On or about January 17, 2018 the Defendant, DOUGLAS CULLEN, lived at 227 Green Street Licking, MO and was driving a 2002 Kenworth Truck in the eastbound lane of traffic when he entered the right lane of traffic and struck the Plaintiff's vehicle.

3. On or about January 17, 2018 the Defendant, A2b EXPRESS, LLC principal place of business was located at 24802 County Road 6070 Edgar Springs, MO and employed Douglas Cullen.

Page 1 of 5

Exhibit A

Scanned by CamScanner

4. On or about January 17, 2018 the Defendant, A2b EXPRESS, LLC principal place of business was located at 24802 County Road 6070 Edgar Springs, MO and owned vehicle driven by the Douglas Cullen.

5. On or about January 17, 2018 I 80/94 was a state highway running in a generally an east-west direction.

6. On or about January 17, 2018 the Defendant, DOUGLAS CULLEN, entered into the eastbound lane of traffic striking the Plaintiff's car.

## COUNT ONE
## RESPONDENT SUPERIOR
## A2b EXPRESS, LLC

Now Comes the Plaintiff, STEVEN POLICK, by and through his Attorney, WARNER LAW OFFICE, come complaining of the Defendant, A2b EXPRESS, LLC and states as follows:

1-6 The Plaintiff re-alleges paragraphs 1-6 of the Allegations in Common as paragraphs 1-6 in Count One.

7. At all relevant times the Defendant, DOUGLAS CULLEN, was under the duty to follow all Illinois traffic laws and to drive using ordinary care in the operation of his motor vehicle.

8. On or about January 17, 2018 the Defendant, A2b EXPRESS, LLC, was under a duty to ensure its employees followed all Illinois traffic laws when driving its vehicle and for the employee used ordinary care in the operation of his motor vehicle.

9. On or about January 17, 2018, 2018, the Defendant, A2b EXPRESS, LLC breached its duty of care in one or more of the following ways:

Scanned by CamScanner

    a.    Failed to make a its employees followed all the traffic laws when operating the semi-truck;

    b.    when its employee failed to keep his vehicle in the proper lane of traffic; ;

    c.    when its employee failed to determine it was safe to switch lanes prior to entering the right lane of traffic;

    d.    when its employee operated his motor vehicle at a speed to fast for traffic conditions;

    e.    when its employee failed to operate his motor vehicle to avoid a collision;

    f.    failed to properly train its employees in the operation of its trucks, and

    g.    was otherwise careless and negligent.

10.    As a direct and proximate cause of the one or more of the Defendant, A2b EXPRESS, LLC's, breach of duty the vehicle operated by its employee struck the Plaintiff's vehicle several times.

11.    As a direct and proximate cause of the one or more of this Defendant's breach of duty the Plaintiff suffered severe life-threatening injuries.

WHEREFORE the Plaintiff, STEVEN POLICK, prays for judgment in his favor and against the Defendant, A2b EXPRESS, LLC's, for such a sum in excess of Fifty Thousand Dollars ($50,000.00) as will fairly and adequately compensate him for his damages, plus the costs of this lawsuit and any other relief this court deems appropriate

Scanned by CamScanner

## COUNT TWO
## NEGLIGENCE
## DOUGLAS CULLEN

Now Comes the Plaintiff, STEVEN POLICK, by and through his Attorney, WARNER LAW OFFICE, comes complaining of the Defendant, DOUGLAS CULLEN, and states as follows:

1-6     The Plaintiff re-alleges paragraphs 1-6 of the Allegations in Common as paragraphs 1-6 in Count One.

7.     At all relevant times the Defendant, DOUGLAS CULLEN, was under the duty to follow all Illinois traffic laws and to drive using ordinary care in the operation of his motor vehicle.

8.     On or about January 17, 2018 the Defendant, A2b EXPRESS, LLC, was under a duty to ensure its employees followed all Illinois traffic laws and when driving its vehicle, the employee used ordinary care in the operation of his motor vehicle.

9.     On or about January 17, 2018, the Defendant, DOUGLAS CULLEN, breached its duty of care in one or more of the following ways:

   a.    Failed to follow all the traffic laws when operating the semi-truck;

   b.    failed to keep his vehicle in the proper lane of traffic; ;

   c.    failed to determine it was safe to switch lanes prior to entering the right lane of traffic;

   d.    operated his motor vehicle at a speed to fast for traffic conditions;

   e.    failed to operate his motor vehicle to avoid a collision;

   f.    allowed his vehicle to drift into the right-hand lane striking the Plaintiff's vehicle; and

Scanned by CamScanner

g. was otherwise careless and negligent.

10. As a direct and proximate cause of the one or more of the Defendant, DOUGLAS CULLEN, breach of his of duty care the vehicle he operated struck the Plaintiff's vehicle several times.

11. As a direct and proximate cause of the one or more of this Defendant's breach of duty the Plaintiff suffered severe life-threatening injuries.

WHEREFORE the Plaintiff, STEVEN POLICK, prays for judgment in his favor and against the Defendant, DOUGLAS CULLEN, for such a sum in excess of Fifty Thousand Dollars ($50,000.00) as will fairly and adequately compensate him for his damages, plus the costs of this lawsuit and any other relief this court deems appropriate

SHAWN A. WARNER

One of Plaintiff's Attorneys

WARNER LAW OFFICE
155 North Michigan Avenue
Suite 700
Chicago, IL 60601
(312) 729-5400
sawr@sawarner.com

Scanned by CamScanner

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets

REDACTED COPY

| DRAC | PEDV | TRFD | TRFC | WEAT | DRVA | VIS | VEHD | LGHT | COLL | MANV | PPA | PPL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 U1 | 1 U2 | 12 | 4 | 1 | 1 U1 | 1 U2 | 1 U1 | 1 U2 | 1 | 12 | 1 U1 | 1 U2 |

TC002    X001048530

| INVESTIGATING AGENCY | DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY | $500 OR LESS / $501 - $1,500 / OVER $1,500 ☒ | TYPE OF REPORT: ☒ ON SCENE / ☐ NOT ON SCENE (DESK REPORT) / ☐ AMENDED | ☐ A No Injury / Drive Away / ☒ B Injury and / or Tow Due To Crash | AGENCY CRASH REPORT NO. | TRFW |
|---|---|---|---|---|---|---|
| ISP | | | | | YR 2018   03-18-00981 | 3 |

| ADDRESS NO. | HIGHWAY or STREET NAME | ☐ City  ☒ Township | INTERSECTION RELATED ☐Y ☒N | DATE OF CRASH 1/17/2018 | TIME 11:25 ☒AM ☐PM | LARS CODE | VEHT 7 U1 |
|---|---|---|---|---|---|---|---|
| | I80 | THORNTON TWP | PRIVATE PROPERTY ☐Y ☒N | | | | |

| ☒ 100 (CIRCLE) F / MI N E S W (CIRCLE) AT INTERSECTION WITH | STATELINE (NAME OF INTERSECTION OR ROAD FEATURE) | COUNTY COOK | HIT & RUN ☐Y ☒N | DOORING WITH PEDALCYCLIST? ☐Y ☒N | NUMBER MOTOR VEHICLES INVLD 2 | LARS CODE | 1 U2 |

## UNIT 1

NAME ☒DRIVER ☐PARKED ☐DRIVERLESS ☐PED ☐PEDAL ☐EQUES ☐NMV ☐NCV
**CULLEN, DOUGLAS J** (LAST, FIRST, MI)

| DATE OF BIRTH | MAKE | MODEL | YEAR | CIRCLE NUMBER(S) FOR DAMAGED AREA(S) | | |
|---|---|---|---|---|---|---|
| mo / day / yr | KENWORTH | TRUCK | 2002 | 00 - NONE / 10 - UNDER CARRIAGE / 11 - TOTAL (ALL AREAS) / 12 - OTHER / 99 - UNKNOWN | TOWED DUE TO CRASH ☐Y ☒N / FIRE ☐Y ☒N / CELLPHONE ☐Y ☒N / EXCEED SPEED LIMIT ☐Y ☒N | NO. LANES 5 / ALGN 1 |

| STREET ADDRESS | SEX M | SAFT 2 | AIR 4 | PLATE NO. | STATE MO | YEAR 2018 | | | |
|---|---|---|---|---|---|---|---|---|---|

| CITY | STATE | ZIP | INJURY 0 | EJECT 1 | VIN 1XKWDB9X22J884437 | POINT OF FIRST CONTACT 2 | COM VEH * ☒ | RSUR 1 |

| TELEPHONE | DRIVER LICENSE NO. | STATE MO | CLASS A | VEHICLE OWNER (LAST, FIRST M.I.) A2, B EXPRESS | INSURANCE CO. BERKSHIRE MUTUAL INSURANCE COMP | VEHU 2 U1 |

| TAKEN TO | EMS AGENCY | OWNER ADDRESS (STREET, CITY, STATE, ZIP) | TELEPHONE | POLICY NO. 02TRM01507902 | |

## UNIT 2

NAME ☒DRIVER ☐PARKED ☐DRIVERLESS ☐PED ☐PEDAL ☐EQUES ☐NMV ☐NCV
**POLICK, STEVEN P** (LAST, FIRST, MI)

| DATE OF BIRTH | MAKE | MODEL | YEAR | | | 2 U2 |
|---|---|---|---|---|---|---|
| mo / day / yr | CADILLAC | DEVILLE | 1989 | 00 - NONE / 10 - UNDER CARRIAGE / 11 - TOTAL (ALL AREAS) / 12 - OTHER / 99 - UNKNOWN | TOWED ☒Y ☐N / FIRE ☐Y ☒N / CELLPHONE ☐Y ☒N / EXCEED SPEED LIMIT ☐Y ☒N | RDEF 1 |

| STREET ADDRESS | SEX M | SAFT 2 | AIR 4 | PLATE NO. | STATE IL | YEAR 2018 |

| CITY | STATE | ZIP | INJURY 0 | EJECT 1 | VIN 1G6CD5158K4368482 | POINT OF FIRST CONTACT 6 | COM VEH * ☐Y ☒N | BAC 96 |

| TELEPHONE | DRIVER LICENSE NO. | STATE IL | CLASS | VEHICLE OWNER POLICK, STEVEN P | INSURANCE CO. LIBERTY MUTUAL INSURANCE COMPAN | 96 U2 |

| TAKEN TO | EMS AGENCY | OWNER ADDRESS | TELEPHONE | POLICY NO. AOS2487671567076 | |

| (UNIT) | (SEAT) | (DOB) | (SEX) | (SAFT) | (AIR) | (INJ) | (EJCT) | PASSENGERS & WITNESSES ONLY (NAME) / (ADDR) / (TEL) | (HOSP) | (EMS) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

OCCS: 1 U1 / 1 U2 / DIRP 3 U1 / 3 U2

| | (EVNO) | (MOST) | (EVNT) | (LOC) | DAMAGED PROPERTY OWNER NAME | | DAMAGED PROPERTY | CONTRIBUTORY CAUSE(S) | POSTED SPEED LIMIT | DID CRASH OCCUR IN A WORK ZONE? ☐Y ☒N |
|---|---|---|---|---|---|---|---|---|---|---|
| U1 | 1 | ☒ | 11 | 1 | PROPERTY OWNER ADDRESS | CITY / STATE / ZIP | | PRIMARY 20 | 55 | IF YES CHECK ONE BELOW: |
| | 2 | ☐ | | | ARREST NAME | SECTION | CITATION NO. | SECONDARY 28 | | ☐ CONSTRUCTION ☐ MAINTENANCE |
| | 3 | ☐ | | | | | | | | ☐ UTILITY |
| U2 | 1 | ☐ | 11 | 1 | ARREST NAME | SECTION | CITATION NO. | DATE POLICE NOTIFIED 1/17/2018 | TIME NOTIFIED 12:04 ☐AM ☒PM | ☐ UNKNOWN WORK ZONE TYPE |
| | 2 | ☒ | 24 | 2 | OFFICER ID 4982 | OFFICER NAME C DIXON | BEAT/DIST. 03 | SUPERVISOR ID R RYBCZYK, 4660 | COURT DATE | COURT TIME ☐AM ☐PM | WORKERS PRESENT? ☐Y ☒N |
| | 3 | ☐ | | | | | | | | |

SR 1050 JANUARY 2013

Printed by authority of the State of Illinois

A **Diagram** and **Narrative** are required on all Type B crashes, **even if** units have been moved prior to the officer's arrival.

I80 EASTBOUND AT STATELINE

**COMMERCIAL MOTOR VEHICLE (CMV)**

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designated to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

CARRIER NAME **A2B EXPRESS LLC**
ADDRESS **327 WALKER ST**
CITY/STATE/ZIP **LICKING / MO / 65542**
USDOT NO. **2815195**  ILCC NO.
Source of above info: ☐ Side of Truck ☐ Papers ☒ Driver ☐ Log Book
Gross Vehicle Weight Rating (GVWR) **45000**

Were HAZMAT placards displayed on the vehicle? ☐ Y ☐ N
If yes, name on placard _____
4-digit UN no. _____  1-digit Hazard Class no. _____

Did HAZMAT spill from the vehicle (do not consider fuel from the vehicle's own tank)? ☐ Y ☐ N ☐ UNK
Did HAZMAT Regulations violation contribute to the crash? ☐ Y ☐ N ☐ UNK
Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash? ☐ Y ☐ N ☐ UNK
Was a Driver/Vehicle Examination Report form completed?
HAZMAT ☐ Y ☐ N ☐ UNK  Out of Service? ☐ Y ☐ N
MCS ☐ Y ☐ N ☐ UNK  Out of Service? ☐ Y ☐ N
Form No. _____

IDOT PERMIT NO. _____  WIDE LOAD? ☐ Y ☐ N
TRAILER WIDTH(S):  0-96"  97-102"  > 102"
TRAILER 1:  ☒  ☐  ☐
TRAILER 2:  ☐  ☐  ☐
TRAILER LENGTH(S): 1 **53** ft   TRAILER 2 _____ ft
TOTAL VEHICLE LENGTH **64** ft   NO. OF AXLES **5**

SELECT CODES FROM BACK COVER OF CRASH BOOKLET:
VEHICLE CONFIGURATION **3**
CARGO BODY TYPE **4**  LOAD TYPE **9**

**NARRATIVE** (Refer to vehicle by Unit No.)
REPORTING OFFICER RESPONDED TO A TRAFFIC ACCIDENT ON I80 EASTBOUND AT THE STATELINE. R/O ARRIVED AND SPOKE TO THE DRIVERS. UNIT 1'S DRIVER WAS IN THE LAFT LANE. THE DRIVER STATED HE WAS JUST TRAVELING DOWN THE ROAD, WHEN HIS FRONT WHEEL JERKED. UNIT 2'S DRIVER STATED UNIT1 CAME INTO HIS LANE AND STRUCK HIM ON THE DRIVER'S REAR. THE IMPACT PUSHED UNIT 2 INTO THE LEFT CONCRETE MEDIAN.

**LOCAL USE ONLY**

U 1 Color **BLUE**   U 2 Color **TAN**
U 1 Towed by / to _____   U 2 Towed by / to **S.M.T. / S.M.T.**

| 02TRM015079-02 RENEWAL NUMBER | **BERKSHIRE HATHAWAY HOMESTATE INSURANCE COMPANY** | ☐ The Declarations include a second part designated **"Part 2"**. |
|---|---|---|
| CROSS REFERENCE NUMBER **02 TRM 015079 - 03** | OMAHA, NEBRASKA **TRUCKERS COVERAGE DECLARATIONS** | **Producer** |

ITEM ONE NAMED INSURED & ADDRESS

PJC Insurance Agency
1801 W Norton Rd
Springfield, MO 65803

A 2 B EXPRESS LLC
24802 COUNTY ROAD 6070
EDGAR SPRINGS, MO 65462

FORM OF NAMED INSURED'S BUSINESS: **LLC**
NAMED INSURED'S BUSINESS: **TRUCKING FOR-HIRE**

POLICY PERIOD: Policy covers FROM  **11/11/2017 12:01 AM**  TO  **11/11/2018**  12:01 A.M. Standard Time at the Named Insured's Address stated above.

**ITEM TWO - SCHEDULE OF COVERAGES AND COVERED AUTOS**
This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "autos". "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTO Section of the Truckers Coverage Form next to the name of the coverage.

| COVERAGES | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTOS Section of the Truckers Coverage Form shows which autos are covered autos) | LIMIT OF INSURANCE THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | PREMIUM |
|---|---|---|---|
| LIABILITY | 46 | $ 1,000,000 CSL | $ 10 |
| PERSONAL INJURY PROTECTION (P.I.P.) (or equivalent No-fault coverage) | | SEPARATELY STATED IN EACH P.I.P. ENDORSEMENT MINUS $ Deductible | $ |
| ADDED P.I.P. (or equivalent added No-fault cov.) | | SEPARATELY STATED IN EACH ADDED P.I.P. ENDORSEMENT | $ |
| PROPERTY PROTECTION INSURANCE (P.P.I.) (Michigan only) | | SEPARATELY STATED IN THE P.P.I. ENDORSEMENT MINUS $ Deductible FOR EACH ACCIDENT | $ |
| AUTO MEDICAL PAYMENTS | | $ | $ |
| UNINSURED MOTORISTS | 46 | $ 50,000 CSL (BI Only) | $ 74 |
| UNDERINSURED MOTORISTS (when not included in Uninsured Motorists coverage) | 46 | $ 50,000 CSL (BI Only) | $ 74 |
| TRAILER INTERCHANGE COVERAGE | | $ | $ |
| **PHYSICAL DAMAGE INSURANCE** | | | |
| COMPREHENSIVE COVERAGE | | $ | $ |
| SPECIFIED CAUSES OF LOSS | | $ | $ |
| COLLISION COVERAGE | | $ | $ |
| TOWING AND LABOR | | $ Deductible FOR EACH COVERED AUTO | $ |

| FORMS AND ENDORSEMENTS CONTAINED IN THIS POLICY AT ITS INCEPTION | PREMIUM FOR ENDORSEMENTS | $ 14 |
|---|---|---|
| See M4572 (12/1994) | ESTIMATED TOTAL PREMIUM | $ 72 |

ENTER SYMBOL 51 DESCRIPTION HERE:

POLICY SUBJECT TO A FULLY EARNED POLICYWRITING MINIMUM PREMIUM OF $ _____0_____ IF CANCELLED BY THE INSURED.

ITEM THREE - SCHEDULE OF COVERED AUTOS    AS ATTACHED

Processed Gina Lary 9/18/2017

Countersigned At _____ By _____
                                                            AUTHORIZED SIGNATURE

**In Witness whereof**, we have caused this policy to be executed and attested.

*[signature]*                                              *[signature]*
Secretary                                                  President

M-5606 (02/2011)                              09/06/2017 15:11 52F82BDF-62FE-4B41-A4B5-94D4391EB0BC

## SCHEDULE OF COVERED AUTOS

M-4959a (03/2002)

POLICY NUMBER: 02 TRM 015079 - 03  
NAMED INSURED: A 2 B EXPRESS LLC  
EFFECTIVE DATE: 11/11/2017 12:01 AM

| Veh # | Year / Make / Model / VIN | Use (C,S or R) / Radius / Garaging Territory / Garaging City, State | GVW or Seating Capacity | Liab | UM/UIM | No-Fault | Med Pay | Addl Insd | In-Tow | Other | Limit Stated Amount or ACV | S/C | Spec Causes Comprehensive / Premium / Deduct | Collision / Premium / Deduct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2002 KENWORTH TRACTOR 1XKWDB9X22J884437 | Commercial Unlimited Territory 229 EDGAR SPRINGS, MO | 45,001 Lbs. | 10,820 | 74 | | | | | 2,507 | | | | |
| 2 | 2006 FREIGHTLINER TRACTOR 1FUJBBAV36PX14282 | Commercial Unlimited Territory 229 EDGAR SPRINGS, MO | 45,001 Lbs. | 10,820 | 74 | | | | | 2,507 | | | | |
| 3 | 2006 REITNOUER, INC. TRAILER 1RNF48A226R015484 | Commercial Unlimited Territory 229 EDGAR SPRINGS, MO | 45,001 Lbs. | 178 | | | | | | | | | | |
| 4 | 2016 MAC TRAILER 5MAPA4827GA036189 | Commercial Unlimited Territory 229 EDGAR SPRINGS, MO | 45,001 Lbs. | 192 | | | | | | | | | | |
| | Premium for Endorsements | | | | | | | | | 200 | | | | |

M-4959a (03/2002)

09/06/2017 15:11 52F82BDF-62FE-4B41-A4B5-94D4391EB0BC